MARY D. SHPRITZ *v.* ABRAHAM S. SHPRITZ
ABRAHAM S. SHPRITZ *v.* MARY D. SHPRITZ
[Nos. 55, 56, April Term, 1938.]

*Decided June 29th, 1938.*

The causes were argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Joseph Loeffler* and *Harry E. Goertz,* with whom was *Benjamin Unger* on the brief, for Mary D. Shpritz.

*James Fluegel,* with whom was *Harry C. Kalben* on the brief, for Abraham S. Shpritz.

BOND, C. J., delivered the opinion of the Court.